1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10 | AARON RAISER,                          Case No. EDCV 19-183-DSF (KK)

11 |                  Plaintiff,

12 |        v.                              **ORDER ACCEPTING AMENDED**
                                            **FINDINGS AND**
13 | CITY OF MURRIETA, ET AL.,              **RECOMMENDATION OF UNITED**
                                            **STATES MAGISTRATE JUDGE**
14 |                  Defendant(s).

15

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18 Complaint, the relevant records on file, and the Amended Report and

19 Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de</u>

20 <u>novo</u> review of those portions of the Amended Report to which Plaintiff has

21 objected.  The Court accepts the findings and recommendation of the Magistrate

22 Judge.

23       IT IS THEREFORE ORDERED that (1) Defendants' Motion to Dismiss is

24 GRANTED; (2) Claims Two, Three, Five, Eight, Nine, Ten, Eleven, and Twelve in

25 the First Amended Complaint are DISMISSED with prejudice and without leave to

26 amend; (3) all other claims in the First Amended Complaint are DISMISSED with

27 leave to amend; and (4) Plaintiff's Motion for Partial Summary Judgmnet is DENIED

28 as MOOT.

1    IT IS FURTHER ORDERED THAT **within twenty-one (21) days** of the

2    service date of this Order, Plaintiff choose one of the following options:

3       1.    Plaintiff may file a Second Amended Complaint to attempt to cure the

4    deficiencies discussed in the Amended Report and Recommendation regarding claims

5    that have not been dismissed with prejudice in this Order.  The Clerk of Court is

6    directed to mail Plaintiff a blank Central District civil rights complaint form to use for

7    filing the Second Amended Complaint, which the Court encourages Plaintiff to use.

8       If Plaintiff chooses to file a Second Amended Complaint, he must clearly

9    designate on the face of the document that it is the "Second Amended Complaint," it

10   must bear the docket number assigned to this case, and it must be retyped or

11   rewritten in its entirety, preferably on the court-approved form.  Plaintiff shall not

12   include new defendants or allegations that are not reasonably related to the claims

13   asserted in the First Amended Complaint.  In addition, the Second Amended

14   Complaint must be complete without reference to the First Amended Complaint,

15   Complaint, or any other pleading, attachment, or document.

16      An amended complaint supersedes the preceding complaint.  Ferdik v.

17   Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  After amendment, the Court will treat

18   all preceding complaints as nonexistent.  Id.  A**ny claim raised in a preceding**

19   **complaint and not dismissed with prejudice is waived if it is not raised again in**

20   **the Second Amended Complaint.**  Lacey v. Maricopa Cty., 693 F.3d 896, 928 (9th

21   Cir. 2012).

22      The Court advises Plaintiff that it generally will not be well-disposed toward

23   another dismissal with leave to amend if Plaintiff files a Second Amended Complaint

24   that continues to include claims on which relief cannot be granted.  "[A] district

25   court's discretion over amendments is especially broad 'where the court has already

26   given a plaintiff one or more opportunities to amend his complaint.'"  Ismail v. Cty.

27   of Orange, 917 F. Supp. 2d 1060, 1066 (C.D. Cal. 2012); see also Ferdik, 963 F.2d at

28                                          2

1261.  Thus, **if Plaintiff files a Second Amended Complaint with claims on which relief cannot be granted, the Second Amended Complaint will be dismissed without leave to amend and with prejudice.**

      2.      Alternatively, Plaintiff may voluntarily dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  <u>The Clerk of Court is directed to mail Plaintiff a blank Notice of Dismissal Form, which the Court encourages Plaintiff to use if he chooses to voluntarily dismiss the action.</u>

      **Plaintiff is explicitly cautioned that failure to timely respond to this Order will result in this action being dismissed for failure to state a claim, or for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

      IT IS SO ORDERED.

DATED:  July 13, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

3

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF, | CASE NUMBER<br><br>_____<br>*To be supplied by the Clerk* |
| v. | |
| DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☐ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

     Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

**B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes     ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes     ☐ No

    If your answer is no, explain why not _____

_____

_____

3.  Is the grievance procedure completed?  ☐ Yes     ☐ No

    If your answer is no, explain why not _____

_____

4.  Please attach copies of papers related to the grievance procedure.

**C.  JURISDICTION**

This complaint alleges that the civil rights of plaintiff _____

(print plaintiff's name)

who presently resides at _____,

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____

(institution/city where violation occurred)

on (date or dates) _____, _____, _____.
                        (Claim I)              (Claim II)             (Claim III)

**NOTE**:      You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _____ resides or works at
                  (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

2.  Defendant _____ resides or works at
                  (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

3.  Defendant _____ resides or works at
                  (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

4.  Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D. CLAIMS\***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**CIVIL RIGHTS COMPLAINT**

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____        _____
          *(Date)*                                       *(Signature of Plaintiff)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | |
| | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____    _____
*Date*                              *Signature of Attorney/Party*

*NOTE:  **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

*   **F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***