UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF MURRIETA, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. EDCV 19-183-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that the following claims in the Fourth Amended Complaint are hereby dismissed with prejudice and without leave to amend:

　　(a) Claim Four (Section 1983 Fourteenth Amendment Equal Protection);

　　(b) Section 1983 Fourteenth Amendment Equal Protection claims against defendants Jacob, Abbate, Does 3, 4, 7, and 8 set forth in Claims Fourteen, Fifteen, Sixteen and Seventeen;

　　(c) Claim Twenty-Two (ADA) against defendants Jacob and City of Murrieta; and

(d) all claims against Does 20-40.

The Court will issue a separate order regarding service of the remaining claims in the Fourth Amended Complaint.

IT IS SO ORDERED.

DATED: February 22, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE