UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF MURRIETA, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. EDCV 19-183-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Report to which the parties have objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that (1) the Motion to Dismiss the Fourth Amended Complaint is GRANTED IN PART and DENIED IN PART, and (2) Claim One is DISMISSED with prejudice and without leave to amend.

DATED: September 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE