UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AARON RAISER, | No. 21-56147 |
| Plaintiff-Appellant, | D.C. No. 5:19-cv-00183-DSF-KK |
| v. | Central District of California, Riverside |
| CITY OF MURRIETA; et al., TINO ABBATE; NOAH NICHOLS, | ORDER |
| Defendants-Appellees, | |
| and | |
| VIRGINIA A. PHILLIPS, Honorable; et al., | |
| Defendants. | |

Before: IKUTA, OWENS, and BENNETT, Circuit Judges.

This court has reviewed the notice of appeal filed October 12, 2021 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 14-80179. Appellant's request for an extension of time to file a statement of issues on appeal is denied. Because this court lacks jurisdiction over this appeal, it shall not be permitted to proceed. *See* 28 U.S.C. 1291; *Medhekar v. United States Dist. Court*, 99 F.3d 325, 326 (9th Cir. 1996) (discovery orders not immediately appealable); *see also In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 21-56147 is therefore dismissed.

DA/Pro Se

This order, served on the district court for the Central District of California, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained.

**DISMISSED.**