JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MURRIETA, MICHAEL JACOB, JUDGE R. GARY KLAUSNER, MAGISTRATE ROZELLA OLIVER, DOES 1-40,<br><br>　　　　　Defendants.<br>_____ | No.  5:19-cv-00183-DSF-KK<br><br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [211]** |

///

1

After consideration of the parties' joint stipulation to dismiss this entire action with prejudice, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. This entire action, including all claims against all parties, is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 20, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge